# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JOHN HARRY STEELE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN GORDY, *et al.*, )<br>)<br>Defendants. ) | Case No. 7:22-cv-00989-AMM-SGC |

## MEMORANDUM OPINION

The plaintiff, John Harry Steele, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. Doc. 1. He was permitted to proceed *in forma pauperis*, and on August 15, 2022, the magistrate judge ordered Mr. Steele to pay an initial partial filing fee of $28.72 and return a signed Prisoner Consent Form to the Clerk of Court within thirty days. Doc. 4. The magistrate judge explained that this action could be dismissed for failure to prosecute if he did not comply by the deadline.

The deadline passed, and Mr. Steele did not pay the initial partial filing fee, return a signed Prisoner Consent Form, or otherwise respond to the magistrate judge's order. The magistrate judge then entered a report on September 28, 2022, recommending the court dismiss Mr. Steele's claims without prejudice for failure to prosecute. Doc. 5. Although the magistrate judge advised Mr. Steele of his right to

file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 5. Consistent with that recommendation, this action is dismissed without prejudice because Mr. Steele has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** this 31st day of October, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE